IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Wilson, Gary D | Case Number: 08 B 04029 |
|---|---|---|
| | Wilson, Therese M | Judge: Hollis, Pamela S |
| | Printed: 7/1/08 | Filed: 2/22/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: May 16, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 710.00 |  |
| Secured: |  | 489.54 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 174.32 |
| Trustee Fee: |  | 46.14 |
| Other Funds: |  | 0.00 |
| Totals: | 710.00 | 710.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 3,400.00 | 174.32 |
| 2. | Wells Fargo Financial Illinois Inc | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Financial Illinois Inc | Secured | 0.00 | 0.00 |
| 4. | Beneficial | Secured | 0.00 | 0.00 |
| 5. | Wells Fargo Financial Illinois Inc | Secured | 3,726.41 | 244.77 |
| 6. | Wells Fargo Financial Illinois Inc | Secured | 3,726.41 | 244.77 |
| 7. | Capital One | Unsecured | 684.97 | 0.00 |
| 8. | World Financial Network Nat'l | Unsecured | 24.00 | 0.00 |
| 9. | Capital One | Unsecured | 353.97 | 0.00 |
| 10. | Capital One | Unsecured | 93.22 | 0.00 |
| 11. | Target National Bank | Unsecured | 93.81 | 0.00 |
| 12. | Seventh Avenue | Unsecured | 43.78 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 318.18 | 0.00 |
| 14. | Alexian Brothers Medical Center | Unsecured | 906.05 | 0.00 |
| 15. | Capital One | Unsecured | 486.80 | 0.00 |
| 16. | World Financial Network Nat'l | Unsecured | 24.00 | 0.00 |
| 17. | Cook County Treasurer | Secured |  | No Claim Filed |
| 18. | Advanced Psychiatry | Unsecured |  | No Claim Filed |
| 19. | Harris & Harris | Unsecured |  | No Claim Filed |
| 20. | CCA | Unsecured |  | No Claim Filed |
| 21. | CIGPF I Corp | Unsecured |  | No Claim Filed |
| 22. | Dean Bruschwein | Unsecured |  | No Claim Filed |
| 23. | Harris & Harris | Unsecured |  | No Claim Filed |
| 24. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 25. | HSBC | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Wilson, Gary D | Case Number: 08 B 04029 |
|---|---|---|
| | Wilson, Therese M | Judge: Hollis, Pamela S |
| | Printed: 7/1/08 | Filed: 2/22/08 |

| | | | | |
|---|---|---|---|---|
| 26. | Diagnostic Neurology Ltd | Unsecured | | No Claim Filed |
| 27. | Harris & Harris | Unsecured | | No Claim Filed |
| 28. | Rosecrance Inc | Unsecured | | No Claim Filed |
| 29. | Billings Clinic | Unsecured | | No Claim Filed |
| 30. | HSBC | Unsecured | | No Claim Filed |
| 31. | Homer Glen Pediatrics | Unsecured | | No Claim Filed |
| 32. | Laboratory Corporation Of America | Unsecured | | No Claim Filed |
| 33. | Laboratory Corporation Of America | Unsecured | | No Claim Filed |
| 34. | Lombard Health Center | Unsecured | | No Claim Filed |
| 35. | Northwest Collectors | Unsecured | | No Claim Filed |
| 36. | MEA AEA LLC | Unsecured | | No Claim Filed |
| 37. | MEA Medical Care Centers | Unsecured | | No Claim Filed |
| 38. | Northwest Community Hospital | Unsecured | | No Claim Filed |
| 39. | Midwest Associates In Meurology | Unsecured | | No Claim Filed |
| 40. | Rolling Meadows Fire Department | Unsecured | | No Claim Filed |
| 41. | Resurrection Medical | Unsecured | | No Claim Filed |
| 42. | St Alexius Medical Center | Unsecured | | No Claim Filed |
| 43. | Radiological Consultants | Unsecured | | No Claim Filed |
| 44. | Resurrection Medical | Unsecured | | No Claim Filed |
| 45. | Northwest Orthopedics | Unsecured | | No Claim Filed |
| 46. | Pharmacy 1 LTC | Unsecured | | No Claim Filed |
| 47. | Rosecrance Inc | Unsecured | | No Claim Filed |
| 48. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 49. | Neopath SC | Unsecured | | No Claim Filed |
| 50. | Superior Air Ground | Unsecured | | No Claim Filed |
| 51. | Talcott Anesthesiologists | Unsecured | | No Claim Filed |
| 52. | Westside Emergency | Unsecured | | No Claim Filed |
| 53. | Timberline Knolls LLC | Unsecured | | No Claim Filed |
| 54. | United Consumer Financial Srv | Unsecured | | No Claim Filed |
| 55. | West Suburban Healthcare | Unsecured | | No Claim Filed |
| 56. | Troy & Associates | Unsecured | | No Claim Filed |
| 57. | Arlington Ridge Pathology | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 13,881.60 | $ 663.86 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 46.14 |
| | _____ |
| | $ 46.14 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Wilson, Gary D<br>Wilson, Therese M<br>Printed:  7/1/08 | Case Number:  08 B 04029<br>Judge:  Hollis, Pamela S<br>Filed:  2/22/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

